Joe Titterington (OBA No. 9,033)
D. Ward Hobson (OBA No. 21,698)
DUNLAP CODDING, P.C.
1601 N.W. Expressway, Suite 1000
Oklahoma City, Oklahoma 73118
Telephone: 405-607-8600
Facsimile: 405-607-8686

H. Douglas Owens (7762)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone: (801)-799-5800
Facsimile: (801)-799-5700

*Attorneys for Defendants Unique Sea Farms, Ltd.,
Tom Harper and Margaret Harper*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARINE LIFE SCIENCES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIQUE SEA FARMS, LTD., a British Columbia, Canada entity; TOM HARPER, an individual; and MARGARET HARPER, an individual,<br><br>Defendants. | **DECLARATION OF MARGARET HARPER IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Case No. 2:09cv00914 TS |

I, Margaret Harper, declare the following to be true and correct to the best of my knowledge, information and belief:

1

1. I am an individual resident and citizen of British Columbia, Canada. I am also the President and sole shareholder of Canadian Pacific Algae, Inc. ("CPA"), a British Columbia, Canada entity and the President and sole shareholder of Canadian Pacific Phytoplankton, Ltd. ("CPP"), a British Columbia, Canada entity. A true and correct copy of a Certificate Change of Name and a Notice of Articles for CPA are attached hereto as **Exhibit 1**. A true and correct copy of a certificate of incorporation for CPP is attached hereto as **Exhibit 2**. I make this declaration based upon my own personal knowledge acquired in connection with my job duties as President of CPA and CPP.

2. I am not a shareholder, employee or agent of Unique Sea Farms, Ltd. ("USF"), and I have not represented to others that I am a shareholder, employee or agent of USF. CPP and CPA do not own any interest in USF.

3. Neither myself, nor CPP, nor CPA, are a party to the August 1, 2006, Exclusive License Agreement ("August '06 Agreement") between USF, Tom Harper and Marine Life Sciences LLC ("MLS"). *See* (Declaration of Greg Popp, attached to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Ex. 2.)

4. Neither myself, nor CPP, nor CPA, are a party to the December 2006, Exclusive License Agreement ("December '06 Agreement") between USF, Tom Harper and MLS. *See* (Declaration of Greg Popp, attached to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Ex. 3.)

5. Neither myself, nor CPP, nor CPA, are a party to the March 1, 2008, Exclusive License Agreement ("March '08 Agreement") between USF, Tom Harper and MLS. *See* (Declaration of Greg Popp, attached to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Ex. 4.)

6. I have never traveled to Utah for CPA or CPP business. I have traveled to Utah approximately three to four times, each time to accompany my husband Tom Harper, when he was invited to speak at conferences hosted by ForeverGreen LLC ("ForeverGreen"). On one such trip I was interviewed by a representative of ForeverGreen for a video which was being prepared by Forevergreen.

7. Neither I, nor CPP nor CPA have shipped any of CPP's or CPA's products into the State of Utah.

8. CPA and CPP are not, and have never been, registered or licensed as a foreign corporation doing business in the State of Utah, nor have CPA and CPP applied for, received, or been denied any such registration or license.

9. Neither I, nor CPP, nor CPA have ever owned or leased any real or personal property in the State of Utah.

10. Neither I, nor CPP, nor CPA have ever maintained an office in the State of Utah; nor have I, CPP, or CPA ever maintained any bank accounts in the State of Utah.

11. CPP and CPA have never had any employees based in the State of Utah. CPP and CPA have not contracted to insure any person, property, or risk located within the State of Utah at the time of contracting.

12. Neither I, nor CPA, nor CPP conduct business in the state of Utah. Nor do I, CPP, or CPA regularly solicit business, promote CPA's or CPP's business, or engage in marketing in Utah. CPP and CPA have a passive website which provides information about CPP and CPA and which provides contact information for individuals to contact CPP and CPA respectively. Users of the CPP and CPA websites cannot purchase goods,

or contract to purchase goods via the websites. True and correct copies of the contact page for CPA and CPP websites are attached hereto as **Exhibits 3 and 4** respectively.

13. Neither I, nor CPA, nor CPP maintain any type of listing in the local Utah telephone books.

14. Neither I, nor CPA, nor CPP maintain any type of toll-free number in the State of Utah.

15. Neither I, nor CPA, nor CPP advertised in any local and/or national journals, trade publications, periodicals or newspapers circulated in the State of Utah.

16. Neither I, nor CPA, nor CPP advertised on any of the local television or radio stations in the State of Utah.

17. Neither I, nor CPA, nor CPP purchase any goods from any persons or entities in the State of Utah.

18. Neither I, nor CPA, nor CPP have ever been assessed for any franchise, income, real or personal property taxes by the State of Utah, nor has it paid any such taxes to the State of Utah.

19. Neither I, nor CPA, nor CPP have ever filed an action as a plaintiff or previously been a defendant in a lawsuit in the State of Utah, or anywhere in the United States.

20. All of CPP's and CPA's employees who would testify regarding the alleged incident reside in Canada. It would be a substantial hardship and inconvenience for myself, and employees of CPP and CPA, all of whom are Canadian citizens, to attend a trial in Utah.

21. Neither I, nor CPA, nor CPP have any contacts with the State of Utah which would establish jurisdiction over me in courts within the State of Utah, and I have not submitted to the jurisdiction of the courts of Utah in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21 day of November, 2009.

*M Harper*
Margaret Harper