Joe Titterington (OBA No. 9,033)
D. Ward Hobson (OBA No. 21,698)
DUNLAP CODDING, P.C.
1601 N.W. Expressway, Suite 1000
Oklahoma City, Oklahoma 73118
Telephone: 405-607-8600
Facsimile: 405-607-8686

H. Douglas Owens (7762)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone: (801)-799-5800
Facsimile: (801)-799-5700

*Attorneys for Defendants Unique Sea Farms, Ltd.,
Tom Harper and Margaret Harper*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARINE LIFE SCIENCES, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNIQUE SEA FARMS, LTD., a British Columbia, Canada entity; TOM HARPER, an individual; and MARGARET HARPER, an individual, <br><br> Defendants. | **DEFENDANTS USF AND TOM HARPER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO QUASH SERVICE** <br><br> Case No. 2:09cv00914 TS |

Pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure, Defendants, Unique Sea Farms, Ltd., a Canadian Corporation and Tom Harper, a

Canadian citizen, move to dismiss the Complaint filed against them and to quash service of process. This motion is based upon the accompanying memorandum submitted herewith.

Respectfully submitted,

__/s/ Joseph P. Titterington_____
Joseph P. Titterington (OBA No. 9,033)
D. Ward Hobson (OBA No. 21,698)
DUNLAP CODDING, P.C.

H. Douglas Owens (7762)
HOLLAND & HART LLP

*Attorneys for Defendants Unique Sea Farms, Ltd.,
Tom Harper and Margaret Harper*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2009, I have caused to be electronically filed the foregoing DEFENDANTS USF AND TOM HARPER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND TO QUASH SERVICE with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Richard D. Flint<br>Christopher R. Hogle<br>Holme Roberts & Owen LLP<br>299 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111-2263 | richard.flint@hro.com<br>chris.hogle@hro.com |

__/s/ D. Ward Hobson_____
D. Ward Hobson
