H. Douglas Owens (7762)
Cecilia M. Romero (9570)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah  84111-1031
Telephone:      (801) 799-5800
Facsimile:      (801) 799-5700

Joseph P. Titterington (*Pro Hac Vice*)
D. Ward Hobson (*Pro Hac Vice*)
Michael A. Schade (*Pro Hac Vice*)
DUNLAP CODDING, P.C.
1601 Northwest Expressway, Suite 1000
Oklahoma City, Oklahoma  73118
Telephone:      (405) 607-8600
Facsimile:      (405) 607-8686

*Attorneys for Defendants Unique Sea Farms, Ltd.,*
*Tom Harper and Margaret Harper*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| MARINE LIFE SCIENCES, INC., | ) | |
| | ) | **DEFENDANTS'** |
| Plaintiff, | ) | **MOTION TO DISMISS FOR** |
| | ) | **LACK OF STANDING** |
| v. | ) | |
| | ) | |
| UNIQUE SEA FARMS, LTD., | ) | **Case no. 2:09-cv-914 TS** |
| TOM HARPER, AND | ) | |
| MARGARET HARPER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Unique Sea Farms, Ltd., Tom Harper and Margaret Harper move the

court, pursuant to Fed. R. Civ. Pro. 12 (b)(1) to dismiss this action due to Plaintiff's lack

of standing to bring this action.  A memorandum in support of this motion and supporting

declaration are filed contemporaneously herewith.

Respectfully submitted,

Dated: December 3, 2009 /s/ H. Douglas Owens
H. Douglas Owens (7762)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah  84111-1031
Telephone:     (801) 799-5800
Facsimile:     (801) 799-5700


Joseph P. Titterington (*Pro Hac Vice*)
D. Ward Hobson (*Pro Hac Vice*)
Michael A. Schade (*Pro Hac Vice*)
DUNLAP CODDING, P.C.
1601 Northwest Expressway, Suite 1000
Oklahoma City, OK  73118
Telephone:     (405) 607-8600
Facsimile:     (405) 607-8686

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2009, I have caused to be electronically filed the foregoing DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING with the Clerk of Court using CM/ECF system which will send notification of such filing to the following:

Richard D. Flint                                  richard.flint@hro.com
Christopher R. Hogle                         chris.hogle@hro.com
Holme Roberts & Owen LLP
299 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2263


                                        /s/ Lourdes C. Paul
                                        Lourdes C. Paul


4674230_1.DOC