# EXHIBIT 1

H. Douglas Owens (7762)
Cecilia M. Romero (9075)
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111-1031
Telephone: 801-799-5800
Facsimile: 801-799-5700

*Attorneys for Defendants Unique Sea Farms, Ltd.,
Tom Harper and Margaret Harper*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARINE LIFE SCIENCES, INC., | **DECLARATION OF** |
| | **H. DOUGLAS OWENS** |
| Plaintiff, | |
| vs. | |
| UNIQUE SEA FARMS, LTD., TOM HARPER AND MARGARET HARPER, | Case No. 2:09-cv-914 TS |
| Defendants. | |

1. I am over the age of 18 and competent to testify to the matters stated herein. I am a member in good standing of the Utah Bar and am counsel for Unique Sea Farms, Ltd., Tom Harper, and Margaret Harper, who are the Defendants in the above-referenced matter.

2. I contacted Kathy Berg, Director, Utah Department of Commerce, Division of Corporations and Commercial Code, requesting to know whether Marine Life Sciences, Inc. is registered to transact business in the state of Utah. Ms. Berg confirmed that her office keeps the records of such registrations.

3. In response, Ms. Berg sent me the document attached hereto.

DATED this 3rd day of December, 2009.

/s/H. Douglas Owens
H. Douglas Owens

4666534_1.DOC



**Utah Department of Commerce**
**Division of Corporations & Commercial Code**
160 East 300 South, 2nd Floor, S.M. Box 146705
Salt Lake City, UT 84114-6705
Phone: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

Requester: Douglas Owens
Holland and Hart
60 East South Temple, Suite 2000
Salt Lake City, Utah 84111

November 20, 2009

THE UTAH DIVISION OF CORPORATIONS AND COMMERCIAL CODE ("DIVISION") HEREBY STATES THAT

Marine Life Sciences, Inc.

DOES NOT CURRENTLY APPEAR ON ANY COMPUTER RECORDS IN THIS OFFICE AS A BUSINESS OR ENTITY REGISTERED, QUALIFIED, OR AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF UTAH, AS APPEARS OF RECORD IN THE OFFICE OF THE DIVISION.

*Kathy Berg*

Kathy Berg
Director
Division of Corporations and Commercial Code

| Dept. of Professional Licensing | Real Estate | Public Utilities | Securities | Consumer Protection |
|---|---|---|---|---|
| (801)530-6628 | (801)530-6747 | (801)530-6651 | (801)530-6600 | (801)530-6601 |